## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONSRENT, INC., *et al.*,[1] | Case Nos. 01-11628 through 01-11639 (PJW) Jointly Administered |
| Debtors. | |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee, | |
| | Civil Action No. 04-CV-01012 (KAJ) |
| Plaintiff, | |
| v. | |
| U.S. IMAGING SOLUTIONS, | |
| Defendant. | |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

617372v1

Dated:  August 3, 2006

THE BAYARD FIRM

Neil B. Glassman (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
Telephone:    (302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone (973) 597-2500

Co-Counsel for Perry Mandarino, not Personally,
but as Trustee for the NationsRent Unsecured
Creditor's Liquidating Trust

617372v1