## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*U.S. Imaging Solutions*
Attn:   Mr. Sean C. Guerin
6500 NW 21st Avenue
Fort Lauderdale, FL 33309

_____
Mary E. Augustine (No. 4477)

617372v1